UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHANNON AGOFSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00051-JPH-MKK |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint, Dkt. [14]. The Court, having reviewed the matter and being duly advised, **GRANTS** the Motion. This matter was transferred into this Court on February 13, 2024. (Dkt. 23). Accordingly, the Defendants shall answer or otherwise respond to Plaintiff's Complaint, (dkt. 1), **no later than March 14, 2024.**

So ORDERED.

Date: 2/15/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email